Tisdale Lumber Company, Appellant, v. Albert W. Piquet and Eli A. Piquet, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Patrick Ward, Respondent, v. T. Hogan & Sons, Inc., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.